GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
MARCUS M. KERNER SBN 107014
Assistant United States Attorney
    411 West 4th Street Suite 8000
    Santa Ana, CA 92701-4599
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    e-mail: Marcus.Kerner@usdoj.gov

JS - 6

Attorneys for Defendant Commissioner
of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL R. PHILLIPS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant.<br>_____ | NO. 5:09-CV-01055-MLG<br><br>JUDGMENT FOR REMAND |

    The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: December 22, 2009

                                                    /s/ Marc L. Goldman
                                                    _____
                                                    MARC L. GOLDMAN
                                                    UNITED STATES MAGISTRATE JUDGE

1

2  Presented by:

3  THOMAS. P. O'BRIEN
United States Attorney
4  LEON W. WEIDMAN
Assistant United States Attorney
5  Chief, Civil Division

6       /s/ Marcus M. Kerner

   _____
7  MARCUS M. KERNER
Assistant United States Attorney

8  Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28