Linh L. Vuong (STATE BAR NO. 237072)
Leland & Wasserman
5055 Wilshire Blvd.
Suite 340
Los Angeles, California 90036
Telephone (323) 954-9600

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PHILLIPS, | ) CASE NO. CV 09-1055 MLG |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of three thousand five hundred fifty dollar and no cents ($3550.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollar ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-reference Stipulation.

DATED: February 3, 2010

BY: _____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE